UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 07-cr-20508-JAL

UNITED STATES OF AMERICA,

    Plaintiff,

vs.

MARLLORIE DADIANA CHACON ROSSELL,

    Defendant.
_____/

## CERTIFICATION OF BONNIE S. KLAPPER

I, BONNIE S. KLAPPER, pursuant to Rule 4(b) of the Special Rules Governing the Admission and Practice of Attorneys, hereby certify that: (1) I have studied the Local Rules of the United States District Court for the Southern District of Florida; and (2) I am a member in good standing of the State Bars of New York, California and the District of Columbia.

By: _____
BONNIE S. KLAPPER, Esq.
The Superior Building
48 West 25th Street, Suite 600
New York, N.Y. 10010
516 721-0010
bonniesklapper@bskesq.com



# Appellate Division of the Supreme Court of the State of New York Second Judicial Department

I, **Aprilanne Agostino**, Clerk of the Appellate Division of the Supreme Court of the State of New York, Second Judicial Department, do hereby certify that **Bonnie S. Klapper** was duly licensed and admitted to practice as an Attorney and Counselor-at-Law in all the courts of the State, according to the laws of the State and the court rules and orders, on the 4th day of May 1983, has duly taken and subscribed the oath of office prescribed by law, has been enrolled in the Roll of Attorneys and Counselors-at-Law on file in my office, has duly registered with the administrative office of the courts, and according to the records of this court is in good standing as an Attorney and Counselor-at-Law.



In Witness Whereof, I have hereunto set my hand and affixed the seal of said Appellate Division on August 06, 2014.

*Aprilanne Agostino*
Clerk of the Court

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

CASE NO. 11-20582-CR-MARTINEZ

UNITED STATES OF AMERICA,

    Plaintiff,

vs.

MARLLORY CHACON ROSSELL,

    Defendant.

FILED UNDER SEAL

### DESIGNEE ATTORNEY'S CONSENT

I, JACK M. DENARO, pursuant to Rule 4(b)(3), Special Rules Governing the Admission and Practice of Attorneys, hereby consent to be designated as a member of the bar of this Court with whom the Court and opposing counsel may readily communicate regarding the conduct of the case, upon whom filings shall be served, who shall be required to electronically file all documents that may be filed electronically, and who shall be responsible for filing documents in compliance with the CM/ECF Administrative Procedures. See Section 2B of the CM/ECF Administrative Procedures.

THE LAW FIRM PARTICULARS are: Jack M. Denaro, P.A., 7700 North Kendall Drive, Suite 504, Miami, Florida 33156, tel. 305-274-9550; fax. 305-274-9574; email: jackdenaro@bellsouth.net.

Date: August 29, 2014

Jack M. Denaro, Esq.
Designee Attorney
Florida Bar No. 0122886

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that the Sealed Motion to Appear Pro Hac Vice, Consent to Designation, and Request to Electronically Receive Notices of Electronic Filings was hand-delivered to the United States Attorney's Office, <u>att</u>. Monique Botero, Esq., 99 N.E. 4th Street, Miami, Florida 33132-2111, this 29 day of August, 2014. This Motion was not filed electronically since the case itself is under seal.

Respectfully submitted,

Jack M. Denaro, Esq.
Local Counsel
Florida Bar No. 0122886

Jack M. Denaro, P.A.
7700 North Kendall Drive
Suite 504
Miami, Florida 33156
Tel.: 305-274-9550
Fax: 305-274-9574
Email: jackdenaro@bellsouth.net