# SEALED MINUTE ORDER
## District Judge WILLIAM C. TURNOFF

Atkins Building -11th Floor      Date: 9/10/14      Time: 4:00PM

Defendant: Marllory Chacon Rossell    J#: Surrender    Case #: 11-20582-Cr-Martinez (Sealed)

AUSA: Monique Botero    Attorney: Bonnie Klapper (Pro Hac Counsel) / Jack Denaro (Local Counsel)

Violation: Conspiracy to Distribute Cocaine

Proceeding: Initial Appearance      CJA Appt:

Bond/PTD Held: ☐ Yes ☐ No    Recommended Bond: PreTrial Detention

Bond Set at: Stipulated PreTrial Detention    Co-signed by:

- ☐ Surrender and/or do not obtain passports/travel docs
- ☐ Report to PTS as directed/or ___ x's a week/month by phone: ___ x's a week/month in person
- ☐ Random urine testing by Pretrial Services / Treatment as deemed necessary
- ☐ Refrain from excessive use of alcohol
- ☐ Participate in mental health assessment & treatment
- ☐ Maintain or seek full-time employment/education
- ☐ No contact with victims/witnesses, except through counsel
- ☐ No firearms
- ☐ Not to encumber property
- ☐ May not visit transportation establishments
- ☐ Home Confinement/Electronic Monitoring and/or Curfew ___ pm to ___ am, paid by ___
- ☐ Allowances: Medical needs, court appearances, attorney visits, religious, employment
- ☐ Travel extended to:
- ☐ Other:

Language: Spanish

Disposition:
Case remains under seal for reasons stated on the record.
Defendant advised of charges.
Appearances entered by counsel.
Defendant arraigned:
   Reading of Indictment Waived
   Not Guilty plea entered
   Jury trial demanded
   Standing Discovery Order requested

Court signs Proposed Order to the Bureau of Prisons, per Defense Counsel's Ore Tenus request (no obj. by the Govt.). Copies of Order provided to counsel & also the USMS- who will then fwd to the BOP.

NEXT COURT APPEARANCE    Date:    Time:    Judge:    Place:

Report RE Counsel:
PTD/Bond Hearing:
Prelim/Arraign:
Status Conference RE:
D.A.R. SEALED 16:20:54      Time in Court: 40 mins.

s/William C. Turnoff      Magistrate Judge