UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
CASE NO. 11-20582-CR-MARTINEZ (SEALED)

UNITED STATES OF AMERICA,

        Plaintiff,        **ARRAIGNMENT INFORMATION SHEET**

vs.

MARLLORY CHACON ROSSELL        Jail No: _____

                                            Language: SPANISH

        Defendant
_____/

The above-named Defendant appeared before **Magistrate Judge WILLIAM C. TURNOFF**. The Defendant was arraigned and a plea of not guilty was entered. Defendant and court-appointed/retained counsel of record will be **noticed for trial by the District Judge assigned to this case.** The following information is current as of this date:

Defendant:        Address:   IN CUSTODY

                      Tel. No: _____

Defense Counsel:  Name:  BONNIE KLAPPER (PRO HAC COUNSEL)

                            JACK DENARO (LOCAL COUNSEL)

                Address: _____

                Tel. No: _____

Bond Set/Continued:  STIPULATED PTD

Dated this 10TH day of SEPTEMBER, 2014.

                            STEVEN M. LARIMORE, CLERK OF COURT

                            BY: LAKESHIA WILLIAMS
                                  Deputy Clerk