UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO: <u>11-20582-CR-MARTINEZ (SEALED)</u>

UNITED STATES OF AMERICA,

        Plaintiff,        **<u>STIPULATED ORDER OF DETENTION</u>**

vs.

MARLLORY CHACON ROSSELL,

        Defendant.
_____/

**THIS CAUSE** came before the Court and pursuant to proceedings held, it is thereupon

    **ORDERED AND ADJUDGED** That the above named Defendant is hereby Ordered Pretrial Detained pursuant to the **Stipulation** of the parties. The Defendant reserves the right to have a Pretrial Detention Hearing upon his/her request.

    **DONE AND ORDERED** at Miami, Florida this <u>10TH</u> day of <u>SEPTEMBER</u>, <u>2014</u>.

_____
WILLIAM C. TURNOFF
UNITED STATES MAGISTRATE JUDGE

c:    AUSA
      Defense Counsel
      Pretrial Services
      U.S. Marshal