UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 11-CR-20582-MARTINEZ

UNITED STATES OF AMERICA

vs.

MARLLORY CHACON ROSSELL,

        Defendant.
_____/

**FACTUAL PROFFER**

If this matter were to proceed to trial, the Government would prove the following facts beyond a reasonable doubt. The Parties agree that these facts, which do not include all facts known to the Government and the Defendant are sufficient to prove the guilt of the Defendant of the above-referenced Indictment:

As a result of information provided by several cooperating sources, Drug Enforcement Administration agents began investigating the drug trafficking activities of defendant MARLLORY CHACON ROSSELL (hereinafter "CHACON"). According to multiple cooperating defendants and/or confidential sources, CHACON was a prominent drug trafficker who was responsible for coordinating the receipt, purchase, transport and distribution of multi-ton quantities of cocaine in Honduras, Guatemala and Mexico, with a final destination of the United States. In addition, CHACON also laundered millions in U.S. currency, derived from the sale of cocaine shipments, from Central America to Colombia and Panama.

*Exhibit #1*

During the cooperation of a DEA CS (CS-1), in late 2010, CS-1 attended a meeting at CHACON's residence in Guatemala City. This meeting, which was audio and video recorded by CS-1. During the meeting, CHACON was asked by a Colombian source to provide her trafficking infrastructure in Honduras for the receipt of an 800 kilogram cocaine shipment. CHACON was seen and heard on video using two cellular telephones to coordinate the receipt of the shipment. CHACON gave instructions on the phone as to the specifications for the airstrip, how much fuel needed to be provided, and further instructed to have "Los Caracoles," the group that was to be receiving the load on behalf of CHACON in Honduras, ready to receive in two days. Also during this meeting, CHACON and CS-1 discussed how many kilos she would be getting and what the price would be so she could be ready to pay in full. CHACON further stated that she purchased a Cessna Caravan capable of transporting approximately 2 tons of cocaine.

In approximately 2008 or 2009, agents received information from various CSs, that the CHACON organized the receipt of two cocaine shipments of over 1,200 kilograms each. These shipments were received in Honduras by the Caracoles on behalf of CHACON and then transported to Guatemala for further distribution to a Mexican cartel.

Another CS (CS-2), and former associate of CHACON, stated that CS-2 participated in three separate air shipments with CHACON prior to his/her cooperation. In these air loads, CHACON not only provided the infrastructure for the receipt of the shipments in Honduras but also owned kilograms in the loads. In approximately November 2010, which was to be the last load with CS-2, CHACON purchased approximately 300 kilograms of the load.

In addition, during the time frame that CS-2 dealt with CHACON, she laundered approximately $4 million is U.S. currency in drug proceeds for the CS from Guatemala to Panama.

WIFREDO A. FERRER
UNITED STATES ATTORNEY

Date: 12·17·2014         By: *MBotero*
                             MONIQUE BOTERO
                             ASSISTANT UNITED STATES ATTORNEY

Date: 12-12-14           By: *[signature]*
                             BONNIE KLAPPER, ESQ.
                             ATTORNEY FOR DEFENDANT

I certify that the above factual proffer was translated to me into Spanish and that the facts contained therein are true and correct to the best of my knowledge.

Date: 12-11-14           By: *[signature]*
                             MARLLORY CHACON ROSSELL
                             Defendant