UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 11-CR-20582-MARTINEZ

UNITED STATES OF AMERICA

vs.

MARLLORY CHACON ROSSELL,

   **Defendant.**
_____/

## MOTION FOR REDUCTION OF SENTENCE PURSUANT TO U.S.S.G. § 5K1.1

  Pursuant to United States Sentencing Guideline Section 5K1.1 and Title 18, United States Code, Section 3553(e), the United States of America hereby moves for a downward departure from the advisory guideline sentence of the defendant in order to reflect his substantial assistance in the prosecution of others. In support of this motion, the government states the following:

  1. On December 12, 2014, the defendant pled guilty one count of conspiracy to possess with intent to distribute more than five kilograms of cocaine knowing it would be imported into the United States, in violation Title 21, United States Code, Section 959.

  2. The defendant has provided substantial assistance to the government in the prosecution of another. During the sentencing hearing, the government will indicate further the nature and quality of the defendant's cooperation.

3. The United States will make a specific recommendation to the court as to the amount of a sentence reduction at the sentencing hearing.

          Respectfully submitted,

          WIFREDO A. FERRER
          UNITED STATES ATTORNEY

By: /s/ Monique Botero
     MONIQUE BOTERO
     Assistant United States Attorney
     Florida Bar No. 722286
     U.S. Attorney's Office - SDFL
     99 Northeast 4th Street, Suite 700
     Miami, Florida 33132-2111
     Telephone: (305) 961-9427
     Facsimile: (305) 530-7213
     E-Mail: Monique.Botero@usdoj.gov

## CERTIFICATE OF SERVICE

I hereby certify that on May 4, 2015, the undersigned electronically filed the foregoing document with the Clerk of the Court using CM/ECF.

/s/ Monique Botero
MONIQUE BOTERO
Assistant United States Attorney
