Case 1:11-cr-20582-JEM   Document 65   Entered on FLSD Docket 01/29/2016   Page 1 of 1
Case 1:11-cr-20582-JEM   Document 61-1 *SEALED*   Entered on FLSD Docket 01/11/2016
Page 1 of 1

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

UNITED STATES OF AMERICA,

    Plaintiff,

v.

MARLLORY CHACON ROSSELL,

    Defendant.
_____/

Case No. 11-cr-20582-JEM

**TO BE FILED UNDER SEAL**

IT IS HEREBY ORDERED THAT the defendant's Motion to Unseal the Sentencing Transcript and the defendant's Sentencing Memorandum and Request for Variance for the limited purposes set forth in that motion is GRANTED. It is further ORDERED that the Motion to Unseal the transcript of Sentencing for Limited Purpose is GRANTED.

Dated: 1-27- 2016

The Honorable Jose E. Martinez
United States District Court
Southern District of Florida

✓ SEALED
__ NOT SEALED

Per Local Rule 5.4(d), the matter(s) shall remain sealed.
__/__ years; _____ (specific date);
_____ permanently; _____ (other).