UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF FLORIDA

Case Number: 11-20582-CR-MARTINEZ

UNITED STATES OF AMERICA,

    Plaintiff,

vs.

MARLLORY CHACON ROSSELL,

    Defendant.
_____/

**SEALED ORDER**

**THIS MATTER** came before the Court upon the Government's Motion to Seal. The Court has reviewed the matter, and for the reasons stated in the Government's response, it is

**ORDERED AND ADJUDGED** that the Motion to Seal [ECF No. 63], Government's Response to Defendant's Motion to Unseal [ECF No. 64] are **GRANTED,** until further Order of this Court.

**DONE AND ORDERED** in Chambers at Miami, Florida this 27 day of January, 2016.

                                        JOSE E. MARTINEZ
                                      UNITED STATES DISTRICT JUDGE

cc: Monique Botero, AUSA
    Bonnie S. Klapper, Esq