UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

UNITED STATES OF AMERICA,	Case No. 11-cr-20582-JEM

      Plaintiff,
v.

MARLLORY CHACON ROSSELL,

      Defendant.
_____/

## NOTICE OF TERMINATION OF REPRESENTATION

The undersigned counsel, Bonnie S. Klapper, filed a notice of appearance as counsel of record in the above-captioned case on September 10, 2014. Counsel was moved in *pro hac vice* by attorney Jack Denaro, who at the same time filed a notice to appear as local counsel.

The defendant Chacon was sentenced on May 5, 2015, at which time the case was marked as a closed case. By this Notice, undersigned counsel informs this Court that she is no longer counsel of record for defendant Chacon. The undersigned has spoken with defendant Chacon, who has no objection to counsel's termination of representation and the filing of this Notice. The undersigned has also spoken with attorney Jack Denaro, who states that he remains as local counsel and will be available should the Court or the government wish to communicate with him with regard to Chacon's case..

1

Further, undersigned counsel has notified Assistant U.S. Attorney Monique Botero, who is assigned to this matter, and she has no objection to the filing of this Notice..

Respectfully submitted,

By: /s/ BONNIE S. KLAPPER
Bonnie S. Klapper, Esq.
48 West 25th Street, Suite 600
New York, N.Y. 1001
Tel: 516.721.0010

. I HEREBY CERTIFY that a true and correct copy of the foregoing has been filed via CM/ECF. A copy has been furnished by email this 12th day of October 2016 to the following counsel: Assistant U.S. Attorney Monique Botero.

By: \_/s/\_ BONNIE S. KLAPPER
Bonnie S. Klapper