UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 11-20582-CR-MARTINEZ

UNITED STATES OF AMERICA

v.

MARLLORY CHACON ROSSELL,
              Defendant.
_____/

## MOTION BY THE UNITED STATES FOR
## REDUCTION OF SENTENCE PURSUANT TO RULE 35

The United States of America hereby moves, pursuant to Federal Rule of Criminal Procedure 35, to reduce defendant Marllory Chacon Rossell's sentence based upon her substantial assistance in the prosecution of other persons who have committed offenses. The government is requesting a hearing to articulate both the amount and basis for reduction. The undersigned has conferred with counsel for the Defendant, William Barzee, Esq., and he is in agreement with this motion. However, he is also requesting a hearing to argue for what he believes is the appropriate reduction for the Defendant.

Respectfully submitted,

ARIANA FAJARDO ORSHAN
UNITED STATES ATTORNEY

By:   */s/Monique Botero*
      MONIQUE BOTERO
      ASSISTANT UNITED STATES ATTORNEY
      Florida Bar No. 722286
      U.S. Attorney's Office - SDFL
      11200 NW 20th Street
      Miami, FL 33172
      Telephone: (305) 715-7648
      Monique.Botero@usdoj.gov

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on December 7, 2018, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF.

                                         */s/Monique Botero*
                                         MONIQUE BOTERO
                                         ASSISTANT UNITED STATES ATTORNEY