UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
**HEARING MINUTES FOR HON. JOSE E. MARTINEZ**
HON. ADALBERTO JORDAN PRESIDING

Date: February 22, 2019          Case No: 11-20582-CR-MARTINEZ

Clerk: Wanda Holston             Reporter: Dawn Savino

Interpreter:                     Probation:

**UNITED STATES OF AMERICA vs.** Marllory Chacon Rossell

AUSA: Monique Botero

Defendant(s) Counsel: Jacob Denaro; William Barzee

Defendant(s): Present:        Not Present  **X**     In Custody   **X**

**Reason for hearing**:

Motion for Reduction of Sentence

**Result of hearing:**           Hearing Held

1. Court heard from all parties and grants government's motion for reduction of sentence (DE 73) and motion to adopt/join motion to reduce sentence under Rule 35 (DE 76)