UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
CASE NO. 11-20582-CR-MARTINEZ

UNITED STATES OF AMERICA,

    Plaintiff,

vs.

MARLLORYCHACON ROSSELL,
Reg. No. 05626-104

    Defendant.
_____/

## ORDER GRANTING MOTION BY THE UNITED STATES FOR REDUCTION OF SENTENCE PURSUANT TO RULE 35

**THIS CAUSE** came before the Court upon a Motion by the United States for Reduction of Sentence Pursuant to Rule 35 [ECF No. 73] in order to reflect her substantial assistance to the United States. The Court held a hearing on February 22, 2019, and based on the representation made, it is hereby:

**ORDERED AND ADJUDGED** that the Motion by the United States for Reduction of Sentence Pursuant to Rule 35 [ECF No. 73] is **GRANTED.**

1. **Marllory Chacon Rossell** shall be committed to the Bureau of Prisons for a total term of **Sixty (60) months**.

2. All other terms and conditions of the Judgment in a Criminal case dated May 5, 2015 shall remain in full force and effect.

**DONE AND ORDERED** in Chambers, Miami, Florida this 22nd day of February, 2019.

_____
ADALBERTO JORDAN
UNITED STATES DISTRICT JUDGE

cc:
All Counsel of Record
U.S. Marshal Services
U.S. Probation Office