UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.11-20582-CR-MARTINEZ

UNITED STATES OF AMERICA,

Plaintiff,

vs.

MARLLORY CHACON ROSSELL,

Defendant.

**ORDER GRANTING DEFENDANT'S UNOPPOSED MOTION
FOR EARLY TERMINATION OF SUPERVISED RELEASE**

THIS MATTER came before the Court on defendant Marllory Chacon Rossell's Unopposed Motion for Early Termination of Supervised Release. The Court having reviewed the Motion, and being otherwise fully advised, it is

ORDERED and ADJUDGED that Defendant's Motion is GRANTED. Defendant's term of supervised release is hereby terminated.

DONE and ORDERED in Miami, Southern District of Florida, this ____ day of _____ 2020.

_____
HONORABLE JOSE E. MARTINEZ
UNITED STATES DISTRICT JUDGE

cc: Monique Botero, Esq., Assistant U.S. Attorney
    Jack M. Denaro, Esq.
    John Cardes, U.S. Probation Officer