UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF FLORIDA

**Case Number: 11-20582-CR-MARTINEZ**

UNITED STATES OF AMERICA,

    Plaintiff,

vs.

MARLLORY CHACON ROSSELL,

    Defendant.
_____/

### ORDER GRANTING UNOPPOSED MOTON FOR EARLY TERMINATION OF SUPERVISED RELEASE

THIS MATTER came before the Court upon Defendant's Unopposed Motion for Early Termination of Supervised Release [ECF No. 82]. The Court has carefully considered the motion, the relevant factors of 18 U.S.C. § 3553 (a) and has been sufficiently advised. It is hereby:

**ORDERED AND ADJUDGED** that the Unopposed Motion for Early Termination of Supervised Release [ECF No. 82] is hereby **GRANTED.** Defendant Marllory Chacon Rossell's supervised release shall be terminated upon the date of this order.

**DONE AND ORDERED** in Chambers at Miami, Florida, this 4th day of June, 2020.

_____
JOSE E. MARTINEZ
UNITED STATES DISTRICT JUDGE

Copies provided to:
All Counsel of Record
U.S. Probation Office